IN THE SUPREME COURT OF THE STATE OF KANSAS

## No. 44,756

(418 P. 2d 140)

In the matter of the Accusation and Complaint made against
DAVID THAD HANNA by the State Board of Law Examiners

### ORDER OF CENSURE

On March 17, 1966, the State Board of Law Examiners filed its
written report with this court, the substance thereof being—

That on October 26, 1965, the State Board of Law Examiners
received a complaint investigated and forwarded by the Ethics
and Grievance Committee of the Wichita Bar Association, charging
that one David Thad Hanna, of Wichita, a member of the bar of
this court, violated K. S. A. 7-111 (3), in that he did neglect and
refuse, after demand, to pay over money in his hands due to a
client.

The Board held a hearing on February 14, 1966. Respondent
Hanna was present and made a statement, the substance of which
is contained in the report of the Board filed with this court.

Following a full and complete hearing and consideration of all
pertinent documents, the Board unanimously found that although
respondent Hanna had demonstrated extreme negligence in the
handling of the funds in question, there was no intent on his part
to retain all of said funds and convert them to his own use, and
hence there was no violation of K. S. A. 7-111 (3), and that an
accusation in disbarment should not be filed.

The Board further found, however, that respondent Hanna had
failed to "uphold the honor and maintain the dignity of the profes-
sion" as provided for in Canon 29 of the Canons of Professional
Ethics (164 Kan. xi) in that he, by withholding the funds in his
possession for an extended period of time and neglecting to attend
to his correspondence and in neglecting to keep proper records,
had cast a cloud upon the dignity and honor of the profession as
a whole.

The Board recommended to this court that respondent Hanna
be censured for his actions.

Upon receipt of the foregoing report this court granted respondent
Hanna a reasonable time in which to file his written response. Such
response was filed on April 22, 1966. In it respondent admits that
he was neglectful in the premises, but denies any intentional wrong-

doing or dishonorable or dishonest act, and submits that the recommendation of the Board should be denied.

On July 15, 1966, respondent Hanna was personally before this court and was questioned concerning the matter under consideration. At that time he admitted the factual summary made by the Board in its report, and stated that he had nothing further to add and that he merely disagreed with the conclusions of the Board.

Upon consideration of the accusation and complaint, and of the written response thereto and oral statements made by respondent Hanna, and being fully advised in the premises, this court concurs in the aforesaid findings and recommendation of the Board.

It is, therefore, by the court CONSIDERED, ORDERED and ADJUDGED that the said David Thad Hanna be, and he is hereby CENSURED by this court, and that this order be published in the official Kansas Reports.

By order of the court, dated this 19th day of September, 1966.